## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

**In re: Clayton Arnold Good**

**Debtor.**

**CASE NO.  24-16093 KHT**

**CHAPTER 7**

## RESPONSE TO OBJECTION TO EXEMPTION

Debtor, Clayton Arnold Good by and through counsel William A. Morris and **STAGGS MORRIS, P.C.,** hereby responds to the objection of FirsTier Bank, as follows

1.      Debtor denies that he is not occupying the property as his homestead. In fact, the Objection as stated admits that the Debtor resides in the property – even if on a part-time basis – and therefore there is no presumption of abandonment.

2.      Debtor's former spouse left the property on or about July 2, 2024, at which point he began occupying the property post-divorce. Further, his dependent children occupy the property on a part-time basis with him.

3.      Debtor admits that he does occasionally fly to Florida for employment purposes, but Colorado remains his legal domicile. The home in Colorado is his only legal domicile.

**WHEREFORE,** Debtor requests that this matter be set for hearing and that the Objection be overruled.

Dated: January 2, 2025

**STAGGS MORRIS, P.C.**

/s/  William A. Morris
William A. Morris, #21452
600 17th Street, Suite 2800
Denver, Colorado 80202
*Tel:* 303.691.9004
*Email:* WAMorris@WAMorrisLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 19, 2024, a true and correct copy of the foregoing Motion and the 9013 Notice filed contemporaneously herewith, were served upon FirsTier Bank, as follows:

BY CM/ECF


Bailey C. Pompea on behalf of Creditor FirsTier Bank
bpompea@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Katharine S. Sender on behalf of Creditor FirsTier Bank
ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

ADDITIONAL SERVICE BY CM/ECF:

Joli A. Lofstedt
joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


Dated: January 2, 2025

**STAGGS MORRIS, P.C.**

/s/  William A. Morris
William A. Morris, #21452
600 17th Street, Suite 2800
Denver, Colorado 80202
*Tel:* 303.691.9004
*Email:* WAMorris@WAMorrisLaw.com