# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **In re:** Clayton Arnold Good | **CASE NO.** 24-16093-KHT |
| **Debtor.** | **CHAPTER 13** |

### Movant's Certificate of Contested Matter and Request for Hearing

**Part 1  Certificate and Request for Hearing**

On ___12/19/2024___ **[month/day/year]**, ___Clayton Arnold Good___ **[name of movant]** (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, ___Motion to Avoid Lien___ **[title of motion or application]** (the "Motion") at docket no. __48__ **[#]**. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on [month/day/year].

2. **[complete if applicable]** Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on ___12/19/2024___ **[month/day/year]**.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:

    a. ___FirstTier Bank___ **[name of party]**, docket no., __60__ **[#]**;
    b. ___FirsTier Bank___ **[name of party]**, docket no., __56__ **[#]**;

4. The docket numbers for each of the following relevant documents are:

    a. the Motion and all documents attached thereto and served therewith, docket no., __48__ **[#]**;
    b. the Notice, docket no., __49__ **[#]**;
    c. the Certificate of Service of the Motion and the Notice, docket no., __48__ **[#]**;
    d. the Proposed Order, docket no., __48__ **[#]**; and
    e. the ___Objection to Homestead Exemption___ **[title of other relevant document]**, docket no. __56__ **[#]**.

5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: ___By telephone___ **[manner of telephonic or in person conference]**.

6. **[complete if applicable]** Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: **[summary of disputed issues]**.

7. **[complete if applicable]** Resolution of this contested matter will require an evidentiary hearing. Movant estimates the hearing will proceed as follows: **[complete or delete as applicable]**.

    a. _Entitlement to homestead claim_ **[summary of the factual issues to be tried]**;

    b. _1/2 day_____ **[estimate of time required for hearing]**;

    c. _Up to 3_____ **[number of witnesses anticipated]**;

    d. _None_____ **[expert witness testimony requirements]**; and

    e. Written discovery within the limits set by the Rules + one deposition, to be completed within 60 days.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

| Part 2 | **Signature of Movant's Attorney or Movant (if unpresented)** |

Dated:                                    By: /s/ William A. Morris, #21452
                                          STAGGS MORRIS P.C.
                                          Attorney for Debtor(s)
                                          600 17th Street, Suite 2800S
                                          Denver, Colorado 80202
                                          Tel: 303.691.9004
                                          Email: WAMorris@WAMorrisLaw.com